# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Watts Swyers, | Chapter 7 |
| aka James Swyers, aka James W Swyers, | |
| **Debtor 1** | Case No. 5:25−bk−03491−MJC |

Social Security No.:

xxx−xx−8317

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 18, 2026

**fnldecac** (05/18)