United States Bankruptcy Court

Middle District of Pennsylvania

In re:

James Watts Swyers

    Debtor

Case No. 25-03491-MJC

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Watts Swyers, 148 Seminole Rd, Shohola, PA 18458-2327 |
| 5764630 | | Hopkinsville Water Utilities, PO Box 1489, Winterville, NC 28590-1489 |
| 5764632 | | KY State Department of Revenue, Station Number 56, 501 High street PO Box 1190, Frankfort, KY 40602-1190 |
| 5764633 | | MTA Bridge and Tunnel Tolls, P.O. Box 15187, Albany, NY 12212-5187 |
| 5764643 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5764622 | | EDI: ATTWIREBK.COM | Mar 18 2026 22:51:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 5767389 | + | Email/Text: EAGBankruptcy@coned.com | Mar 18 2026 18:51:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, BANKRUPTCY GROUP, 4 IRVING PLACE, 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 5764623 | | EDI: CAPITALONE.COM | Mar 18 2026 22:51:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5764624 | + | Email/Text: EAGBankruptcy@coned.com | Mar 18 2026 18:51:00 | Consolidated Edison Company, 4 Irving Place, Room 700, New York, NY 10003-3502 |
| 5764625 | | Email/Text: bankruptcy@credencerm.com | Mar 18 2026 18:52:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5764626 | | Email/Text: bankruptcy@credencerm.com | Mar 18 2026 18:52:00 | Credence Resource Management, PO Box 2390, Southgate, MI 48195-4390 |
| 5764627 | | EDI: CCS.COM | Mar 18 2026 22:51:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5764628 | ^ | MEBN | Mar 18 2026 18:47:40 | Enterprise, PO Box 801988, Kansas City, MO 64180-1988 |
| 5764629 | + | Email/Text: bkynotice@harvardcollect.com | Mar 18 2026 18:52:00 | Harvard Collection Services, 4839 N Elston Ave, Chicago, IL 60630-2589 |
| 5764631 | | EDI: IRS.COM | Mar 18 2026 22:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5764636 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 18 2026 18:52:00 | NY State Dept. of Taxation and Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| 5764634 | ^ | MEBN | Mar 18 2026 18:47:49 | National Enterprise Systems, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 5764635 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 18 2026 18:58:04 | Navient Solutions LLC, 123 Justison St Fl 3, Wilmington, DE 19801-5363 |

| 5764639 | Email/Text: bankruptcy@onlineis.com | | |
|---|---|---|---|
| | | Mar 18 2026 18:52:00 | ONLINE INFORMATION SERVICES, 685 W Fire Tower Rd, Winterville, NC 28590-9232 |
| 5764638 | EDI: AGFINANCE.COM | | |
| | | Mar 18 2026 22:51:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5764640 | ^ MEBN | | |
| | | Mar 18 2026 18:47:44 | PA Turnpike, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 5764641 | EDI: CCS.COM | | |
| | | Mar 18 2026 22:51:00 | Progressive Insurance, PO Box 55126, Boston, MA 02205-5126 |
| 5764642 | ^ MEBN | | |
| | | Mar 18 2026 18:47:55 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5764644 | Email/Text: edbknotices@ecmc.org | | |
| | | Mar 18 2026 18:51:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5764637 | *+ | NY State Dept. of Taxation and Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 James Watts Swyers usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | |
| | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | James Watts Swyers | Social Security number or ITIN  xxx–xx–8317 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:  5:25–bk–03491–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James Watts Swyers
aka James Swyers, aka James W Swyers

**By the court:**

3/18/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**